# EXHIBIT A

# CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of The document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

St. Paul Fire and Marine Insurance Company

Name of Insuring Company (ies)

| Policy Number(s) | Policy Period(s) | Date |
|---|---|---|
| 0564JJ2376 | 11/24/83 – 11/24/84<br>11/24/82 – 11/24/83 | 11/08/18 |

Kenneth Kupec, Second Vice President
BI Document Management

# Renewal Certificate

St Paul Property & Liability Insurance

Please insert this Renewal Certificate with the rest of your policy.

In return for your premium of $ **2,500.00** this certificate extends your Policy # **564JJ2376** from **11/24/83** to **11/24/84**

Your policy is extended in its present form except for any changes described below. You will also receive the benefit of any changes we've made in our standard policy forms that broaden or extend your coverage without increasing your premium.

Please remember that we've written this policy in plain, easy-to-understand English.

The words you, your and yours mean the insured named here:

**Big Brothers/Big Sisters of America**
**117 S. 17th Street**
**Philadelphia, PA 19103**

We, us, our and ours mean your insurance company named on the Introduction page.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
JAN 27 1984
MARY BETH WIGGINS
ASSISTANT UNDERWRITER
PHILADELPHIA SERVICE CENTER

**Policy Changes**

**Deleted: Pennsylvania required endorsement 40528 - 3/82**

**11/23/83 ljm**

This certificate is not effective unless it's signed by an authorized representative of The St. Paul.

Authorized representative

Name and address of authorized representative

**Warren & Welsh Company**
**Irwin Building**
**King of Prussia, PA 19406**
**#370703-4**

Signature Date

40543 Ed. 3-80 Printed in U.S.A.

File with Introduction.



©St. Paul Fire and Marine Insurance Company, 1980.

# Introduction

15% Comm

Your policy protects your business against a variety of losses. It's written in plain, easy-to-understand English. We encourage you to read it.

The St. Paul

PHILADELPHIA SERVICE CENTER
COMMERCIAL LIABILITY DEPT.

DEC 6 1982

PETER KOENIG
UNDERWRITER

564JJ2376 * Philadelphia Service Center

The words you, your and yours mean the insured named here:

**Big Brothers/Big Sisters of America**
**117 S. 17th Street**
**Philadelphia, PA 19103**

Which is a

- ☐ co-partnership
- ☐ corporation
- ☐ joint venture
- ☐ individual
- ☒ other: **Association**

We, us, our and ours mean the **St. Paul Fire and Marine Insurance Company.** We're a capital stock company located in St. Paul, Minnesota.

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, and one or more Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The agreements and endorsements you have are listed below.

Your policy will begin on **11/24/82**
and continue until **11/24/83**
It replaces your former policy, number **564JH3650** and automatically ends all coverage you had under that policy.

In return for your premium, we'll provide the protection stated in this policy.

Your premium is **$2,500.00**

## Agreements And Endorsements Included In This Policy

| Title | Form number and edition date |
|---|---|
| Pennsylvania required endorsement | 40528-3-82 |
| Pennsylvania notice | 40551-1-81 |
| General rules for this policy | 40178-7-78 |
| What to do if you have a loss | 40202-10-78 |
| Professional liability protection | 43001-3-80 |

11/5/82 lv

This policy is not effective unless it's signed by an authorized representative of The St. Paul.

Authorized representative

Signature date

Name and address of authorized representative

**Warren & Welsh Co.**
**Irwin Bldg.**
**King of Prussia, PA 19406**
**#370703-4**



©St. Paul Fire and Marine Insurance Company, 1980.

The St. Paul

# General rules for this policy

On the pages that follow you'll find general rules and conditions that apply to this policy. Unless you're notified otherwise, these rules and conditions apply to each of the insuring agreements.

**Your policy period**

Insuring agreements in this policy begin at 12:01 a.m., standard time, on the effective date. If this policy replaces policies ending at noon, rather than 12:01 a.m., you'll be covered at noon when coverage under the old policy ends.

Insuring agreements added to this policy after its effective date go into force on the date shown in the added agreement.

Your coverage is scheduled to end at 12:01 a.m., standard time, on the expiration date. If all or part of this policy is cancelled for any reason before that date, that coverage will end at 12:01 a.m., standard time, on the cancellation date.

**Estimated premiums**

We compute the premium you pay for this policy using information available at the time. So, all or part of your premium may be based on estimates. If estimates are used, we'll compute your actual premium when complete information is available at the end of the policy period. If it's more than you've already paid, you'll owe us the difference. If it's less, we'll pay you back the difference. But you won't pay less than any minimum annual premium agreed on.

You must keep accurate records of the information we'll need to compute your premium. Your agent can explain the type of records we'll need. You agree to send us copies of these records at the end of each policy period — or any other time we request them.

**Our right to inspect and audit**

You agree to let us inspect your property and business operations during normal business hours while this policy is in force. We're not, however, required to make inspections. Nor will we guarantee that your property or operations are safe, or that they conform to any laws, rules or regulations.

You also agree to allow us to examine and audit your financial books and records that relate to this insurance at any time up to 3 years after this policy ends.

**Policy changes**

This policy can only be changed by a written form included as part of the policy. The form must be signed by one of our Authorized Representatives.

Nothing else, including notice to one of our agents or knowledge of an agent or someone else, will change this policy or waive any of its terms or stop us from asserting any of our rights under it.

We make changes in our standard insurance policy forms from time to time. These changes must conform to state law and are filed with insurance supervisory authorities for approval. While your coverage is in force we can make any change in the form of this policy that broadens or extends your coverage. If we do, and the change can be added to your policy without increasing your premium, you'll automatically receive the benefit of the extended or broadened coverage. The same procedure applies to any changes we make in the 45 days before your policy goes into effect.

**Assignment and transfers**

Neither you nor anyone else covered under this policy can assign or turn over your interest in it without our written consent attached to the policy.

If you die, however, your interest will be transferred to your legal representative and he or she will be covered until the end of the policy period. Until a legal representative is appointed, the person who has temporary custody of your insured property will be covered.

**Cancellation**

You can cancel this policy in whole or in part at any time. We have the same right.

To cancel, you must deliver the policy or the part you want cancelled to us or to any of our authorized agents. If this isn't possible notify us by mail and include the date you want the coverage to end. You'll get a refund for the unused premium less a charge for early cancellation.



©St. Paul Fire and Marine Insurance Company, 1978

## The St. Paul

If we cancel this policy, we'll mail or deliver a cancellation notice at least 30 days before your coverage will end – 10 days if we're cancelling for nonpayment of premium. Mailing this notice to your last known address will be proof you were notified. You'll get a refund of any unused premium as soon as possible. However, the cancellation will be effective whether or not you've been paid or offered the unused premium.

**Recovering damages from a third party**
Any person protected under this policy may be able to recover all or part of a loss from someone other than us. Because of this, each protected person must do all that's possible to preserve any right of recovery available. If we make a payment under this policy that right of recovery will belong to us. If we recover more than we've paid, the excess will belong to the person who had the loss. But we'll deduct our expenses first.

**Fraud and misrepresentation**
We've tried to be completely honest and open. We expect you to be the same.

This policy will be void if you or any other protected person hide any important information from us, mislead us, or attempt to defraud or lie to us about any matter concerning this insurance. Either before or after a loss.

Of course, everyone makes mistakes. Unintentional errors or omissions won't affect your rights under this policy.

**How state law affects this policy**
Any part of this policy that conflicts with state law is automatically changed to conform to the law.

**Arbitration of property disputes**
If agreement can't be reached on the amount of your loss, the following procedure will be used:
**1.** One of us will make a written demand for arbitration.
**2.** Each will select an appraiser and decide on a reasonable time and place for an appraisal of the loss and damage.
**3.** The appraisers will agree on a competent and impartial umpire. If they can't agree on an umpire within 15 days, a judge in the state where the appraisal is to be held will be asked to pick one.
**4.** The appraisers will each compute the loss and state the actual cash value of the property at the time of loss and the amount of the loss. If they don't agree, they'll submit their appraisals to the umpire. Agreement of two out of three will decide the amount of the loss.

You'll pay your appraiser and we'll pay ours. And other costs of the appraisal and the umpire will be equally divided between us.

We won't be held to have waived any of our rights under this policy because of the appraisal.

**Suits against us**
You agree not to sue us to recover under this policy unless you've lived up to all its terms.

**If your policy includes property insurance.** If you do sue us for a property claim, you agree to do so within 12 months for the date you become aware of the loss. State law gives you more time for property located in these states:
- New York, Maine, Virginia, Minnesota - 2 years
- North Dakota, North Carolina - 3 years
- Wyoming - 4 years, Kansas; Nebraska - 5 years

**If your policy includes liability insurance.** If you sue us for a liability claim, you agree not to sue us until the amount of your liability to others has been finally decided either by trial or by a written agreement signed by you, by us, and by the party making a claim against you. Once your liability has been determined by judgement or by written agreement the party making the claim may be able to recover under this policy, up to the limits of your coverage. But that party can't sue us directly or join us in a suit against you until your liability has been so determined.

If you or your estate goes bankrupt or becomes insolvent, we will still be obligated under this policy.

**Provisions required by law to be stated in this policy**
"This Policy is issued under and in pursuance of the laws of the State of Minnesota, relating to Guaranty Surplus and Special Reserve Funds." Chapter 437, General Laws of 1909. (This provision applies only if this policy is issued in the St. Paul Fire and Marine Insurance Company.)

This policy is signed by the President and Secretary of the company named on the Introduction Page. One of our authorized representatives must also countersign the policy before it is valid.

[signature] Secretary.  [signature] President.



©St. Paul Fire and Marine Insurance Company, 1978

The St. Paul

# What to do if you have a loss

## Loss or damage to your property

If an accident or incident damages property covered under this policy you must:

**1.** Tell us or our agent what happened as soon as possible. Include the time and place of the event and names and addresses of any witnesses.
**2.** Notify the police if a law may have been broken.
**3.** Do everything possible to protect the property from further damage.
**4.** Make any reasonable and necessary repairs and keep a record of your expenses.
**5.** Separate the damaged personal property from the undamaged and make an inventory of the damaged items.
**6.** Show us the damaged property and any records you have to prove your loss.
**7.**Allow us to question you under oath about your claim and sign a copy of your answers. You must also do your best to get your employees, members of your household and others with a financial interest in the property to do the same.
**8.** Send us or our agent a sworn "Proof of Loss Statement" detailing your loss and interest in the property. Payments will be made within 30 days after we reach agreement with you.

## Someone is injured or makes a liability claim against you

If there's an accident or incident covered under this policy you must:

**1.** Tell us or our agent what happened as soon possible. Include the time and place of the event and the names and addresses of any witnesses and injured people.
**2.** Notify the police if a law may have been broken.
**3.** Send us copies of all legal documents if you're sued or someone files a claim against you.
**4.** Cooperate and assist us in securing and giving evidence, attending hearings and trials, and obtaining the attendance of witnesses.
**5.** Refrain from taking on any financial obligations or paying out any money, without our authorization. If you do, we may not reimburse you, even if the cost is covered by this policy. This rule doesn't apply to money spent for emergency first aid to others at the time of an accident.



©St. Paul Fire and Marine Insurance Company, 1978

# Professional Liability Protection

The St Paul

This agreement provides protection against professional liability claims which might be brought against you.

## Coverage Summary

If no limits are shown here, see separate Coverage Summary.

**Limits of coverage.**

$ 1,000,000 Each Person Limit

$ 3,000,000 Total Limit

**Profession.**

Counseling

## Who's Protected Under This Agreement

Individuals

Organization

Big Brothers/Big Sisters of America

## What This Agreement Covers

This agreement provides coverage for professional liability claims made against you – the person or persons named under "Individuals" in the Coverage Summary. It also covers professional liability claims made against any organization named in the Coverage Summary. To be covered, claims must be based on events that happen while this agreement is in effect and arise out of the profession named in the Coverage Summary.

**Individual coverage.** We'll pay amounts you're legally required to pay for damages resulting from:

- Professional services that you provided or should have provided.
- Professional services that were or should have been provided by anyone for whose acts you're legally responsible.
- Your service on a formal review board or any similar board or committee.

**Organization coverage.** If your organization is covered, it's also protected for damages resulting from professional services that were or should have been provided by anyone for whose acts it's legally responsible.

**Additional benefits.** All of the following payments are in addition to the limits of coverage.

**Defending lawsuits.** We'll defend any suit brought against you or any other protected person for covered claims, even if the suit is groundless or fraudulent. We have the right to investigate, negotiate and settle any suit or claim if we believe that is proper. We'll pay all costs of defending the suit, including interest on that part of any judgment that doesn't exceed the limit of coverage that applies. But we won't defend a suit or pay a claim after the limit of coverage has been used up paying judgments or settlements.

**Legal bonds.** We'll pay premiums for appeal bonds, or bonds to release property that's being used to secure a legal obligation, that are required in a suit we defend. However, we'll only pay for bonds valued up to the limit of coverage that applies and we have no obligation to apply for or furnish these bonds.

If we issue this agreement after the date your policy takes effect, we must complete these spaces and our representative must sign below.

Authorized representative

Policy issued to

Big Brothers/Big Sisters of America

Agreement takes effect

11/24/82

Policy number

564JJ2376



©St. Paul Fire and Marine Insurance Company, 1980

The St Paul

**Expenses related to defense.** We'll also pay all reasonable costs that you or any protected person incurs at our request while helping us to investigate or defend a claim or suit. This includes up to $50.00 per day for actual loss of earnings. For example, if someone sues you, we may ask you to be a witness in a trial. If you lose earnings as a result, we'll pay up to $50.00 per day for earnings you actually lose.

## Limits Of Coverage

Two limits apply to the amount we'll pay for professional claims. These limits are shown in the Coverage Summary. The limits apply separately to each covered person and organization.

**Each person limit.** This is the most we'll pay for all claims resulting from the injury or death of any one person.

**Total limit.** This is the most we'll pay for all injuries that take place in a policy year. By policy year we mean each consecutive annual period of the policy. If no total limit is shown, the total limit is 3 times the each person limit.

## Other Insurance

A professional liability claim that's covered under this agreement may also be covered under other insurance. If it is, we'll pay that portion of the claim equal to our percentage of the total amount of insurance covering the claim. But we won't pay more than our limits of coverage. For example:

*Your limit of coverage under this agreement is $300,000. You have another insurance policy with a limit of $200,000. Both policies cover the same claim. We won't pay more than 60% ($300,000/$500,000) of the claim, up to the limits of coverage.*



©St. Paul Fire and Marine Insurance Company, 1980.

# Pennsylvania Required Endorsement

St Paul

This endorsement changes your policy in accordance with Pennsylvania law.

## Cancellation

The Cancellation section of the General Rules is replaced by the following.

You can cancel this policy in whole or in part at any time. We can also cancel this policy, but our right to cancel has some restrictions which are described below.

**How you can cancel.** To cancel this policy or any of the insuring agreements, you must deliver the policy, or the part you want cancelled, to us or to any of our authorized agents. If this isn't possible notify us by mail and include the date you want the policy or individual insuring agreement cancelled. You'll get a refund for the unused premium, less a charge for early cancellation.

**How we can cancel.** If we cancel this policy, we'll mail a written cancellation notice at least 30 days before your coverage will end. Mailing this notice to your last known address will be proof you were notified.

**Unused premium.** As soon as possible, you'll get a refund of any unused premium. However, the cancellation will be effective whether or not you've been paid or offered the unused premium.

**Nonrenewal.** If we decide not to renew this policy we'll mail a written notice of nonrenewal to you at your last known mailing address. We'll mail this nonrenewal notice at least 30 days before the expiration of this policy.

## Funeral Expenses

No time limit will apply to the payment of funeral expenses under any medical payments coverage in this policy.

## Other Terms

All other terms of your policy remain the same.



©St. Paul Fire and Marine Insurance Company, 1982.

# Pennsylvania Notice

The St Paul

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury; death or loss. These services may include any of the following or related services incident to the application for issuance, renewal or continuation of, a policy of insurance:

**1.** surveys;
**2.** consultation or advice; or
**3.** inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

**1.** if the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;
**2.** to consultation services required to be performed under a written service contract not related to a policy of insurance; or
**3.** if any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.



© Copyright, Insurance Services Office, 1981.